### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Alba Lydia Montalvo Vargas, Miguel Ramirez Alcover and the conjugal society formed by both<br><br>**Plaintiffs**<br><br>   v.<br><br>Supermercados Mr. Special, Inc.; Chubb Insurance Company of Puerto Rico<br><br>**Defendants** | Civil No. 23-1235(RAM) |

**JUDGMENT**

On December 28, 2023, Plaintiffs filed a *Motion Requesting Order of Dismissal with Prejudice* (Docket No. 30). In accordance with the Order entered today (Docket No. 31), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of December 2023

                           s/Raúl M. Arias-Marxuach
                           UNITED STATES DISTRICT JUDGE